```
Keith D. Cable, Esq., SBN 170055
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/984-5775 Fax

Attorneys for Plaintiff

Thomas J. Doyle, Esq., SBN 170055
SCHUERING ZIMMERMAN SCULLY
TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, CA  95825
916/567-0400 Tel.
916/568-0400 Fax

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED J. DUNN, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY COMMUNITY HEALTH CENTER, a California corporation; CHUCK WIESEN, an individual; AFHSEEN MOSTOFI, D.O., an individual,<br><br>     Defendants. | Case No.: **2:07-CV-02249 GEB KJM**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

///

///

- 1 -

STIPULATION AND ORDER TO ELECT REFERRAL TO VDRP

Pursuant to Local Rule 16-271, the parties, by and through their undersigned counsel, hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: August 5, 2008                          CABLE LAW OFFICES


                                               /s/ Keith D. Cable
                                                By:   Keith D. Cable, Esq.
                                                      Attorneys for Plaintiff


DATED: August 5, 2008                          SCHUERING ZIMMERMAN SCULLY
                                               TWEEDY & DOYLE, LLP


                                               /s/ Thomas J. Doyle
                                                By:   Thomas J. Doyle, Esq.
                                                      Attorneys for Defendants


**IT IS SO ORDERED.**

DATED: August 8, 2008

                                               UNITED STATES DISTRICT JUDGE