UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED J. DUNN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY COMMUNITY HEALTH CENTER, a California corporation; CHUCK WIESEN, an individual; AFHSEEN MOSTOFI, D.O., an individual,<br><br>    Defendants. | Case No.: **2:07-CV-02249 GEB KJM**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND DEADLINES FOR INITIAL AND REBUTTAL EXPERT WITNESS DISCLOSURE** |

## ORDER

Having read the parties' Stipulation to Modify Status (Pretrial Scheduling Order) to extend the deadlines for initial and rebuttal expert disclosure, IT IS ORDERED THAT the Status (Pretrial Scheduling Order) be modified as flows:

Deadline for Initial Expert Disclosure be extended to **December 5, 2008**

Deadline for Rebuttal Expert Disclosure be extended to **January 2, 2009**

DATED: August 25, 2008

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND DEADLINES FOR INITIAL AND REBUTTAL EXPERT WITNESS DISCLOSURE